UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of<br>ARBITRATION OF DISPUTES<br><br>between<br><br>LAUNDRY, DRY CLEANING WORKERS AND<br>ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and<br>LAUNDRY, DRY CLEANING WORKERS AND<br>ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,<br>Petitioners,<br><br>and<br><br>PRINCETON LAUNDRY, INC.,<br>Respondent. | NOTICE OF PETITION<br>07 CIV. 6971 (DC) |

Sir(s):

**PLEASE TAKE NOTICE**, that upon the annexed Petition of Mark Schwartz, Esq. duly verified the 1st day of August 2007, and the accompanying Memorandum of Law, the undersigned will Petition this Court, before the Honorable Denny Chin, on the ___ day of _____ 2007, at ____ A.M./P.M., in the morning of that day, or as soon thereafter as counsel may be heard, for an order confirming the arbitration award of Philip Ross, dated June 29, 2007, and granting the Petitioners judgment in the amount of $155,426.80 together with the interest on the principal amount from the date of the Arbitration Award to the date of the judgment, plus costs and such other and further relief as in the premises may be just.

Dated: August 22, 2007
New York, New York

Yours, etc.

Mark Schwartz, Esq. MS-0148
Attorney for Petitioners
730 Broadway, 10th Floor
New York, New York 10003
(212) 539-5275

To:   Princeton Laundry, Inc.
      2 Wood Street
      Paterson, New Jersey 07501