# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!

                            Petitioners,                  Case No. 07 CV 6971 (DC)

        and                                AFFIDAVIT OF SERVICE

PRINCETON LAUNDRY, INC.,

                         Respondent.
-----------------------------------------------------------------------------X
STATE OF NEW YORK   )
                     S.S.:
COUNTY OF NEW YORK)

        TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of

eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 27th day of August, 2007, at approximately 2:40 PM, deponent served a true

copy of the NOTICE OF PETITION; PETITION TO CONFIRM ARBITRATION AWARD; AND

MEMORANDUM OF LAW IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD

upon PRINCETON LAUNDRY, INC. at 2 Wood Street, Paterson, NJ, by personally delivering and

leaving the same with KEVIN GARLASCO, who informed deponent that he is a Treasurer authorized by

law to receive service at that address.

        KEVIN GARLASCO is a white male, approximately 47 years of age, stands approx. 5 feet

10 inches tall, weighs approximately 175 pounds with balding brown hair and dark eyes.

_____
TIMOTHY M. BOTTI
#843258

Sworn to before me this
29th day of August, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___

**D.L.S., Inc.**
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com