UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of<br>ARBITRATION OF DISPUTES<br><br>between<br><br>LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES HEALTH FUND, UNITE HERE!<br>LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,<br>Petitioners,<br><br>and<br><br>PRINCETON LAUNDRY, INC.,<br>Respondent. | AFFIDAVIT OF SERVICE<br>07 CIV. 6971 (DC) |

STATE OF NEW YORK   )
                    ) ss.
County of New York  )

Evelyn Soto, being duly sworn, deposes and says:

    1.    I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11215.

    2.    On October 15, 2007, I served the Respondent herein with a copy of the Default Judgment by causing a true copy of said Motion papers to be addressed to the Respondent at 2 Wood Street, Paterson, New Jersey 07501 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7007 1490 0000 4218 3325 and regular mail.

                                                        _____
                                                          Evelyn Soto

Sworn to, before me, this
15th day of October 2007

_____
**SABRINA BROOKS**
Notary Public, State of New York
No. 01BR6152502
Qualified in Queens County,
Commission Expires 9/18/2010